Kevin Haas (Attorney ID No. 28261987)
Marianne May (Attorney ID No. 047031997)
Luke Barlow (Attorney ID No. 238992018)
CLYDE & CO US LLP
340 Mt. Kemble Ave.
Suite 300
Morristown, New Jersey 07960
(973) 210-6700
Attorneys for Defendant, ACE American Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORMOSA PLASTICS CORPORATION, U.S.A. and FORMOSA PLASTICS CORPORATION, Texas,<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-14338-BRM-JSA<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Date: February 5, 2024 |

PLEASE TAKE NOTICE that in reliance upon the attached declaration of Kevin M. Haas dated November 30, 2023, the attached Memorandum of Law, and the attached Statement of Uncontested Material Facts, Defendant ACE American Insurance Company will move this Court before the Honorable Brian R. Martinotti, U.S.D.J., in the United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on the day of February 5, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant's motion for summary judgment.

Dated: November 30, 2023                          **CLYDE & CO US LLP**

<u>*/s/ Kevin M. Haas*</u>
Kevin M. Haas
Marianne G. May
Luke T. Barlow
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Phone: (973) 210-6700
Fax: (973) 210-6701
Email: kevin.haas@clydeco.us
Email: marianne.may@clydeco.us
Email: luke.barlow@clydeco.us

*Counsel for Defendant ACE Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of November 2023, pursuant to this Court's Text Order dated October 27, 2023 (ECF No. 79), I will serve the foregoing *Notice of Motion For Summary Judgment* via electronic mail to counsel for Plaintiffs as follows:

    Aaron Coombs, Esquire
    Pillsbury Winthrop Shaw Pittman, LLP
    1200 17th St. NW
    Washington, DC 20017
    Phone: (202) 663-9200
    Email – aaron.coombs@pillsburylaw.com

    Matthew D. Stockwell
    Pillsbury Winthrop Shaw Pittman, LLP
    31 West 52nd Street
    New York, NY 10019
    Phone: (212) 858-1075
    Email – matthew.stockwell@pillsburylaw.com

*Counsel for Plaintiffs*

                                        */s/ Luke T. Barlow*
                                        Luke T. Barlow